UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 12 B 39543 |
| | CHAPTER 13 |
| HECTOR CONTANTINO | |
| | JUDGE CAROL A DOYLE |
| DEBTOR | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** GREEN TREE SERVICING

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 2 | 15 | 9264 1ST ARRS 1909 S 50TH CT | $1,357.42 | $1,357.42 | $1,357.42 |
| Total Amount Paid by Trustee | | | | | $1,357.42 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit      **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 12-39543-CAD

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 22nd day of June, 2015.

Debtor:
HECTOR CONSTANTINO
1909 S 50TH CT
CICERO, IL 60804

Attorney:
KATZ LAW OFFICE
4105 W 26TH ST
CHICAGO, IL 60623
via Clerk's ECF noticing procedures

Creditor:
GREEN TREE SERVICING
PO BOX 44265
JACKSONVILLE, FL 32231-4265

Mortgage Creditor:
CITIMORTGAGE INC
% PIERCE & ASSOCIATES
1 N DEARBORN #1300
CHICAGO, IL 60602

Mortgage Creditor:
GREEN TREE SERVICING LLC
7360 S KYRENE RD
MAILSTOP T120
TEMPE, AZ 85283

Mortgage Creditor:
CITIMORTGAGE INC
PO BOX 6030
SIOUX FALLS, SD 57117-6030

Creditor:
GREEN TREE SERVICING LLC
% PIERCE & ASSOCIATES
1 N DEARBORN # 1300
CHICAGO, IL 60602

ELECTRONIC SERVICE - United States Trustee

Date: June 22, 2015

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603